**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARIO PASCUCCI,

        Plaintiff,

CASE NUMBER: 18-13937
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE MAJZOUB

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 3, 2019, Magistrate Judge Majzoub issued a Report and Recommendation [Doc. 13], recommending that Defendant's Motion for Summary Judgement be [Doc. 12] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 11] **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

        **IT IS ORDERED**.

                      s/ Victoria A. Roberts
                      Victoria A. Roberts
                      United States District Judge

Dated: October 31, 2019